# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DARIN SCOTT ROBBINS,<br><br>    Petitioner<br><br>v.<br><br>STATE OF NEVADA, et. al,<br><br>    Respondents | Case No.: 2:18-cv-00698-APG-VCF<br><br>**Order Dismissing Petition** |

This court denied 28 U.S.C. § 2254 pro se habeas corpus petitioner Darin Scott Robbins' application to proceed in forma pauperis and directed him to pay the $5.00 filing fee (ECF No. 5). That order was served on Robbins at his address of record. More than the allotted time has passed, and Robbins has not paid the filing fee or responded to this court's order in any way. Thus, the present action will be dismissed without prejudice for failure to comply with the court's order to pay the filing fee.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice as set forth in this order.

**IT IS FURTHER ORDERED** that a certificate of appealability is denied, as jurists of reason would not find the court's dismissal of this improperly commenced action without prejudice to be debatable or incorrect.

**IT IS FURTHER ORDERED** that petitioner's motion for appointment of counsel (ECF No. 2) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that the Clerk shall ENTER JUDGMENT accordingly and close this case.

Dated: October 17, 2018

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE