# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DARRIN SCOTT ROBBINS, | Case No.: 2:18-cv-00698-APG-VCF |
| Petitioner | **ORDER** |
| v. | |
| STATE OF NEVADA, et al., | |
| Respondents | |

IT IS HEREBY ORDERED that the respondents' first and second motions for extension of time to file a response to the petition **(ECF Nos. 15 and 21) are both GRANTED** *nunc pro tunc*.

Dated: July 19, 2019

_____
U.S. District Judge Andrew P. Gordon